PD-1193-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/15/2015 4:29:59 PM
Accepted 9/16/2015 1:19:01 PM
ABEL ACOSTA
CLERK

## TO THE COURT OF CRIMINAL APPEALS OF TEXAS

IN THE COURT OF APPEALS FOR THE
THIRTEENTH SUPREME JUDICIAL DISTRICT
IN CORPUS CHRISTI, TEXAS

| | | |
|---|---|---|
| RICHARD H. VOLLICK, | * | |
| APPELLANT | | |
| | | |
| VS. | * | |
| | | |
| THE STATE OF TEXAS, | | |
| APPELLEE | * | |

FILED IN
COURT OF CRIMINAL APPEALS

September 16, 2015

ABEL ACOSTA, CLERK

## MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

Now comes RICHARD H. VOLLICK, Petitioner herein, by and through his attorney, John Gilmore, and moves this Court grant an extension of time to file his Petition for Discretionary Review pursuant to Rule 68.2(c) Tex. R. App. P., and for cause would show the court as follows:

1.

Petitioner would seek review of Cause No. 13-14-00261-CR, from the Thirteenth Court of Appeals District of Texas in Corpus Christi, whose Judgment was issued on July 23, 2015. A Motion for Rehearing was timely filed and denied by the court on August 17, 2015. That appeal arose out of Cause No. 13-CR-4388-B in the 117th Judicial District Court of Nueces County, Texas, wherein Petitioner was convicted of the third degree felony offense of driving while intoxicated (third). On April 30, 2014, Petitioner was sentenced to confinement in the Institutional Division of the Texas Department of Criminal Justice for seventy years. Petitioner

is currently incarcerated.

II.

The Petition for Discretionary Review is due on September 16 2015, and Petitioner requests this first extension of thirty days, or until October 16, 2015.

III.

For good cause, Petitioner's attorney was retained to represent defendant in a Petition for Discretionary Review just this date, September 15, 2015, and is unable to complete the petition for thirty days.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays that this Honorable Court extend the time for filing a Petition for Discretionary Review for thirty days until October 16, 2015.

Respectfully submitted,


_s/ John Gilmore_____
John Gilmore
SBN 07958500
622 S. Tancahua
Corpus Christi, TX 78401
(361) 882-4378 (phone)
(361) 882-3635 (fax)
gilmorelaw@msn.com (E-mail)
**ATTORNEY FOR PETITIONER**

**STATE OF TEXAS**     *

**COUNTY OF NUECES**    *

BEFORE ME, the undersigned authority, on this day personally appeared John Gilmore and after being by me first duly sworn deposed on his oath and said:

"My name is John Gilmore and I am the attorney in the above styled appeal. I have read the foregoing Motion for Extension of Time and all of the facts and allegations contained in said motion are true and correct to the best of my knowledge and belief."

<u>JOHN GILMORE</u>

SUBSCRIBED AND SWORN TO before me by the said John Gilmore on September 15, 2015.



**LIBBY EVEN**
Notary Public
STATE OF TEXAS
My Comm. Exp. 10-21-2018

<u>NOTARY PUBLIC STATE OF TEXAS</u>

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument was served on the Nueces County District Attorney's Office, Nueces County Courthouse, Corpus Christi, Texas on the _15th_ day of September, 2015, via e-filing.

_s/ John Gilmore_____
JOHN GILMORE